**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| RICHARD CAMPODONICO, | ) | C/A No.: 2:17-cv-03034-DCC-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTH CAROLINA DEPARTMENT OF | ) | |
| CORRECTIONS, WARDEN WILLIE | ) | **PLAINTIFF'S IDENTIFICATION OF** |
| EAGLETON,  individually and/or  in his | ) | **EXPERT WITNESS** |
| official capacity as warden of Evans | ) | |
| Correctional Institution, CORRECTIONAL | ) | |
| OFFICER BENNETT, individually and/or | ) | |
|  in his official capacity as an employee of | ) | |
| SCDC, CORRECTIONAL OFFICER | ) | |
| PARNELL, individually and/or in his | ) | |
| Official capacity as an employee of SCDC, | ) | |
| and CORRECTIONAL OFFICER | ) | |
| WYDELL, individually and/or in his official | ) | |
| capacity as an employee of SCDC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and in

compliance with the Amended Scheduling Order, identifies the following individuals as expert

witnesses in the above captioned matter:

> 1.  James E. Aiken
>     James E. Aiken and Associates, Inc.
>     36 Tsiya Court
>     Brevard, NC 28712

Mr. Aiken is expected to testify about his qualifications and opinions in this matter as set

forth in his expert report. Plaintiff is serving Defendants' counsel with Mr. Aiken's expert

report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the

1

*Federal Rules of Civil Procedure.* This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

Respectfully Submitted,

**BELL LEGAL GROUP, LLC**

*s/ J. Edward Bell, III*
J. Edward Bell, III  (#1280)
Victoria S. H. Knight (# 2257)
Gabrielle A. Sulpizio (#12715)
219 N. Ridge Street
Georgetown, SC 29440
TEL: (843) 546-2408
FAX: (843) 546-9604
ebell@edbelllaw.com

**ATTORNEYS FOR PLAINTIFF**

May 2, 2018
Georgetown, South Carolina