*Exhibit A* - Materials Reviewed by Expert

Camp Medical 1-7000-7199.PDF
Central 3000-3157.PDF
Grievances 1000-1016.PDF
Camp Medical 2-7200-7432.PDF
Summons and Compliant