*Exhibit B – Resume*

# CURRICULUM VITAE OF JAMES E. AIKEN

## James Evans Aiken

The undersigned maintains a consulting concern in prison management and adjustment matters as James E. Aiken & Associates, Inc. I also served as Director of Corrections for the United States Virgin Islands, and Commissioner for the Indiana Department of Correction. I began my corrections career in 1971 at the South Carolina Department of Corrections as a counselor with the Comprehensive Drug Abuse Treatment Program. Also, while with the South Carolina Department of Corrections, I held positions as Deputy Regional Administrator in the Midlands Correctional Region (managing 16 prisons), Deputy Warden and Administrative Assistant to the Warden of the Manning Correctional Institution, Deputy Warden and Warden at the Central Correctional Institution (state penitentiary), and Warden of the Women's Correctional Center. While serving in these positions, I received extensive experience in the areas of prison classification and management of inmate population. During my years in prison work, I have conducted thousands of inmate classification evaluations relative to their adjustment to prison and current/future danger to the public, prison staff, and other inmates. These reviews included minimum custody (low security offenders) to maximum security (violent, high profile, disruptive, predatory, aggressive inmates). Additionally, I participated in the development of prison classification systems designed to better protect inmate population from other more violent inmates and the public.

The United States Congress appointed me, in July 2004 to the National Prison Rape Elimination Commission. Over a five (5) year period, the Commission conducted comprehensive hearings and examined all penological, economic, physical, mental, medical and social issues relating to prison rape in America. At the conclusion of its review, the Commission issued a comprehensive report on the subject, including a recommended set of national standards to reduce and eliminate prison rape. Also, a grant program made annual grants (up to $40 million each year) to state and local programs that enhanced the prevention and punishment of prison rape and maintain safe and secure prisons despite budget reductions. The Commission had authority to issue subpoenas, and the statue allows for the Attorney General to seek enforcement of subpoenas in district court. The Federal Bureau of Prisons must have total compliance to the final standards.

I received a Master Degree in Criminal Justice from the University of South Carolina and Bachelors of Arts Degree from Benedict College, Columbia, South Carolina. I have also taught a number of courses in corrections at the university and technical college levels.
I have consulted with the U.S. Department of Justice, National Institute of Corrections, as well as served as a private contract provider to federal, state and county jurisdictions (jails and prisons) in a number of areas to include but not limited to inmate classification, managing violent youthful offenders in adult prisons, managing prison security systems, correctional leadership development, assessment of security operational performance, executive training for new and experienced wardens, prison critical event avoidance, management of super-maximum security prisons, management of the hard to manage-violent inmate, STG/gang management, and riot management.

I have also consulted with attorneys and rendered expert testimony in capital, criminal and civil cases. I have been qualified as an expert and provided such testimony in the states of Washington, Ohio, Georgia, Arizona, Delaware, North Carolina, Montana, Pennsylvania, New York, South Carolina, Indiana, Virginia, Maryland, Louisiana, Oregon, New Hampshire, Missouri, Alabama, Mississippi, Florida, Texas and the United States District Courts of New York, Connecticut, Virginia, Ohio, South Carolina, Michigan, Arizona, West Virginia, Florida, Texas, Georgia, Alabama, Missouri, Tennessee, Louisiana, District of Columbia and Pennsylvania as well as the Court of Queen's Bench, Canada relative to: future danger posed to inmates, staff and the community by trial defendants, the ability of inmates to adjust to prison, classification of inmates to determine proper confinement levels, prison conditions, and other matters generally relating to prisons, jails, and criminal justice matters.

More specific overview of background qualifications is submitted: From August 1992 to August 1994, I was Director of the Bureau of Corrections for the United States Virgin Islands. My responsibilities encompassed the overall administration of the bureau which included jail and prison facilities. I also worked closely with other territorial agencies, the legislature, courts, and federal governmental entities. In the Virgin Islands, I had a specific mission to re-establish a correctional system (prison and jail) which was diminished by overcrowded conditions, gang problems, random and systematic violence, escapes, non-compliance with court orders (to include medical care and delivery issues), general mismanagement, and public mistrust.

From March 1989 until August 1992, I was Commissioner for the Indiana Department of Corrections. I was responsible for the overall administration of the Indiana corrections system that consisted of 46 separate adult and juvenile facilities with a population of 14,000 inmates and parole services with a population of 3,490 parolees. I reported directly to the Governor of Indiana and worked closely with the state legislature. Also, during my Indiana administration, I created a Division of Security to address gang problems, contraband control, drug testing, and other concerns. My administration also initiated an Offender Relations Division to resolve offender grievances and complaints, and to reduce court involvement.

From September 1971 until March 1989, I was with the South Carolina Department of Corrections in a variety of capacities including Deputy Regional Administrator, and different times as Warden of the Central Correctional Institution, Warden of the Women's Correctional Institution and as an inmate social worker.

As Deputy Regional Administrator from April 1987 to March 1989, I supervised sixteen South Carolina institutions at all security levels including maximum. I supervised a workforce of 2,500 with an annual budget of $97 million. This position required that I select institution heads and I was intimately involved with new facility design.

As Warden of the Central Correctional Institution (state penitentiary) from May 1982 until April 1987, I operated the largest correctional facility in South Carolina with 1,800 medium and maximum custody inmates, 530 staff members, and an annual budget of $8 million. I was personally responsible for all activities involving security and treatment staff, as well as coordinating and supervising all welfare and morale services for inmates. CCI is now closed. At the time it was where the South Carolina death row was located and where executions were

carried out. I was called upon to carry out two executions. From September 1976 until September 1979, I was Deputy Warden of this institution.

As Warden of the Women's Correctional Institution from September 1979 until May 1982, I was chief administrator of a state women's prison. I was responsible for all employee hiring, evaluation, and supervision as well as, all aspects of inmate welfare. During my tenure, I studied and reviewed all available records and files on assigned inmates to evaluate their behavior changes and rehabilitation progress.

From about 1990 to 1992, I was also Adjunct Professor at the Indiana University-Purdue University in Indianapolis, teaching corrections related criminal justice courses.

I am able to render an expert opinion, in an operational context, regarding future danger and adaptability of inmates and issues pertaining to prison/jail safety, operations, administration and security.

## Summary of Qualifications:

I have over forty (45) years of experience in correctional administration, facility operations/management, inspection/assessment of facility performance and technical assistance consultations with clients in the United States, Dutch Kingdom, Canada, Costa Rica, Puerto Rico, and U.S. Virgin Islands. He has provided services to federal, state, county and local correctional facilities and jurisdictions in the areas of correctional leadership/organizational development, management of prison disturbances, system productivity, cost containment, enhancing prison security systems, managing the violent youthful offender in adult prisons, gang/security threat group (STG) management, new warden's training, super maximum security facility management training, inmate classification, assessment of prison security/operational performance, prison staffing analyses, reduction of prison critical security events (murder/suicide/riot/hostage situation) and advising governments relative to prison privatization transactions/productivity.

## Employment History:

August 1994 to present, president, James E. Aiken and Associates, Inc. (correctional consultant firm); August, 1992 to August 1994, Director, Bureau of Corrections, United States Virgin Islands and consultant; March, 1989 to August, 1992, Commissioner, Indiana Department of Correction; April, 1987 to March 1989, Deputy Regional Administrator, South Carolina Department of Corrections; May, 1982 to April, 1987, Warden, Central Correctional Institution (state penitentiary) South Carolina Department of Corrections; September, 1979 to May, 1982, Warden, Women's Correctional Center, South Carolina Department of Corrections; September, 1976 to September, 1979, Deputy Warden for Administration, Central Correctional Institution(state penitentiary) South Carolina Department of Corrections; February, 1974 to September, 1976, Deputy Warden for Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections; September, 1972 to February 1974 Administrative Assistant to Warden, Manning Correctional Institution, South Carolina Department of Corrections; September, 1971 to September, 1972, Social Worker for Substance Abuse Treatment, South Carolina Department of Corrections.

### Relevant Experience:

I have provided direct professional and consultant services in almost every aspect of the correctional field. More specifically, my scope of expertise includes the following:

## Director, Bureau of Corrections, United States Virgin Islands

Held the position as Director that encompassed authority and responsibility for the overall administration of the Corrections Bureau for the United States Virgin Islands (jails and prison). Worked closely with other territorial agencies, the legislature, courts and federal governmental agencies.

My task was to coordinate a project to re-establish a jail/prison correctional system which was diminished by overcrowded conditions, lack of medical care, escapes, and noncompliance to court orders, corruption, general mismanagement, negative media, gang involvement, work force dysfunction, and public mistrust.

## Commissioner, Indiana Department of Correction

The position encompassed the overall administration of the Department of Correction for the State of Indiana, which consisted of forty-six (46) separate adult and juvenile facilities (population 14,000) and parole services (population 3, 490) with an operations budget of $305 Million.

As Commissioner, reported directly to the Governor of the State of Indiana and worked closely with the legislature, other state and federal agencies, the courts and the public. My tasks were to establish an operational mission and priority of issues for the agency; establish agency mission goals; manage overpopulation, develop a new basic employee supervision program; and reorganized daily operations to ensure a more responsive and efficient structure.

My accomplishments included but were not limited to:

***Offender Health Care Delivery:*** The department contracted with the Indiana University School of Medicine to provide a medical director for clinical services. Developed and implemented a program to reduce cost and increase the quality of medical care.

***Security:*** Created the Division of Security to address agency security needs. Initiated a gang intelligence network to tract and evaluate their activities. Increased contraband control efforts by additional searches, drug testing, use of K-9 units, provided additional training and equipment, and increased prosecution efforts. Designed 650 bed maximum security unit that conformed to modern correctional security management and Court mandates. Conducted meetings with the National Guard, State Police, as well as other mutual aid agencies to coordinate and develop an emergency response and disaster preparedness program. Conducted full response drills to evaluate the agency's response capability. Evaluated and enhanced escape prevention/ apprehension measures. Conducted security audits and inspections of facilities.

***Offender Relations:*** Established an Offender Relations Division and appointed a coordinator. This division functions as part of Internal Audits and works in tandem with the Division of Internal Affairs, the Operations Division and the Division of Legislative and Information Services. The task of this division is to resolve offender grievances and complaints that originate from inside the agency and resolve them prior to court involvement.

***Prison Population:***
- Completed site selection, plans and construction of a new maximum security Institution
- Increased community corrections coverage from 35 to 50 counties (from 3,500 to 7,000 clients)
- Established community service/restitution programs
- Established county work release programs
- Established residential treatment programs and created home detention utilizing electronic monitoring
- Created over five hundred (500) new emergency prison beds within the first nine months of tenure

***Juvenile Justice:***
- Reduced Indiana Boy's School population from a high of 670 in 1989 to a low of 380 in 1990
- Conducted comprehensive reviews using several committees of community representatives concerning treatment programs, educational programs and employee training programs
- Established a Research Department at the Indiana Boy's School.
- Group home placements had tripled during 1992.
- Community involvement and recreational programs have been increased at both Indiana Boy's School and Indiana Girl's School.

***Cost Containment:*** Developed a plan to increase participative management and input to the budget process. Meetings were held with State Budget Agency personnel on a regular basis in an effort to increase the Budget Agency's participation in the department's budget preparation regarding cost control. Reduced the operational budget of 305 million dollars by 41 million dollars for fiscal year 1992.

## Deputy Regional Administrator, Midlands Correctional Region, South Carolina Department of Corrections

Served as the Deputy Chief Administrator for the following: Directly planned, prescribed and supervised activities of sixteen (16) institutions, including minimum, medium and work release, shock probation (boot camp), restitution centers and maximum security facilities. Also, had general supervision of a ninety-seven (97) million dollar budget, as well as a work force of 2,500 employees. Duties also included policy development and interaction with lawmakers, management of over population, the community and other departmental agencies concerning long-range agency planning and developing agency future needs. Additionally, made selections of institutional heads, as well as being involved in new facility design, reviewed all use of force actions, and provided supervision to prison wardens during emergency situations and normal operations.

## Warden, Central Correctional Institution, South Carolina Department of Corrections

The previous largest correctional facility in South Carolina with 1800 medium/-maximum/super maximum custody inmates, 530 staff members, and an operating budget of eight (8) million dollars. Served as the chief administrator for the following areas/- activities:  Directly planned, prescribed and supervised all security control and safety activities/operations, as well as, conducted announced and unannounced inspections of the institution. Interviewed, selected and evaluated employee's performance and effected other personnel actions as required. Personally responsible for all activities involving population management, security and treatment staff, as well as, coordinated and supervised all welfare/morale services for inmates to include medical delivery and access. Supervised and coordinated all activities with representatives from non-departmental agencies. Duties also involved emergency preparedness, interpreting all laws, policies, rules and regulations, compliance with court orders (conditions of confinement) and operating procedures for employees and inmates. Studied and analyzed long-range department requirements for institutions, as well as participating in litigation action involving the South Carolina Department of Corrections. Duties also included meeting with the Inmate Advisory Council and acting on recommendations received from the Inmate Grievance Committee, as well as meeting with members of the legislature on matters relating to corrections. Also was responsible for carrying out the capital punishment laws for the state of South Carolina. This facility also provided high security management for population that were under the jurisdiction of the South Carolina Department of Mental Health and for population that were in pre-adjudication status that required more intense security to which the jail system could not provide.

## Warden, Women's Correctional Institution, South Carolina Department of Corrections

Served as the chief administrator for the following:  Directly planned, prescribed and supervised all security, control and safety activities and operations, personally responded to all disturbances and emergencies, interviewed/selected and evaluated employee's performance, counseled employees, supervised and coordinated all activities of the security and treatment staff, management of overpopulation, coordinated ad supervised all welfare and morale services for female inmates including clothing, food service, mail service, visitation, medical services, religious services, educational programs and recreational programs. Supervised the implementation and executing of all laws, policies, rules, regulations and operating procedures applicable to the Women's Correctional Center.  Also, studied and reviewed all available records/files on assigned inmates to evaluate their behavioral changes and rehabilitation progress. Duties included meeting with the Inmate Advisory Council as well as receiving and acting upon recommendations received from the Inmate Grievance Committee.

## Deputy Warden/Administration, Central Correctional Institution, South Carolina Department of Corrections

Served as the Institutional Coordinator for the following areas/activities:
Maintenance/construction, boiler room/energy, food service, employee parking, canteen services, Adjustment Committee, mail service, all security systems, transportation, pest control, criminal investigations and emergency response.

## Deputy Warden/Institutional Operations, Manning Correctional Institution South Carolina Department of Corrections

Served as the Institutional Coordinator for the following areas:  Youthful Offender Division, medical services, living areas, maintenance/construction, laundry services, visitation, emergency response, security, transportation, food service, commissary, administrative/punitive segregation, officer's quarters, classification teams, inmate interview/correspondence, recreation programs, energy (usage/conservation), Parole Board (prepared parole evaluations), supervision of security staff of fifty-five (55) employees, Chairman of  Employee Evaluation Committee, purchasing, inmate pay and Chairman of  Adjustment Committee.  Prepared correspondence for the warden, conducted the majority of institutional investigations, coordinated all escape apprehension efforts and remained on twenty-four (24) hour call.

### Administrative Assistant/Institutional Operations, Manning Correctional Institution, South Carolina Department of Corrections

Responsibilities included vocational rehabilitation, alcoholics anonymous, Project Mate (Paraprofessional Counseling Program), Classification Team #2, Pastoral Care, Drug Abuse Treatment Program, Recreation Program, Occupational Safety and Health Act (O.S.H.A.), Emergency Response, Work Release Program, Education Program, tours, Employee Evaluation Committee member and inmate interviewing/correspondence.
Performed duties of deputy warden in his absence and remained on twenty- four (24) hour call at all times.

### Social Worker/Drug Abuse Treatment Program, Manning Correctional Institution, South Carolina Department of Corrections

Responsibilities included conducting group therapy and individualized counseling to offenders with drug problems.  Conferred with the warden and staff to integrate the Drug Abuse Program with other institutional activities. Member of the Adjustment committee and the Warden's Treatment Team.

A major focus of my career has been the assessment and restoration of facilities and systems that have experienced chronic and acute security critical events and management shortfalls.  These have included issues of:

- Inmate management and security,
- staff malfeasance,
- corruption,
- prison violence,
- sexual misconduct potential and actual critical events in confinement settings
- security critical-event prevention, evaluation, and management,
- budget shortfalls,
- public loss of trust in the confinement system,
- inmate loss of trust in the professionalism of confinement facility staff,
- staff loss of trust in the professionalism of administrators,
- emergency response and preparedness,
- inmate disruptive and violent behavior management,
- confinement facility and system culture assessment and improvement,
- confinement facility and system overall performance assessment,
- performance of death penalty executions of condemned inmates,

- inmate classification system (design, implementation and monitoring),
- addressing civil legal complaints,
- adherence with court orders,
- inmate disciplinary system performance assessments,
- confinement facility security technology (development, implementation and monitoring),
- new prison construction,
- renovation of existing confinement facilities to enhance security performance,
- confinement facility operational policy and procedure issues,
- post order development, reassessment, interpretation, and monitoring,
- facility operational performance assessments,
- policy development and interpretation,
- contraband control,
- staff training and development,
- evaluation of training,
- employee productivity evaluations,
- employee discipline,
- confinement facility cost containment strategies,
- use of force and restraint evaluation and implementation,
- criminal and administrative investigations (operational evaluations) of confinement setting critical incidents,
- staff supervision, and
- Gang/SGT management.

I have also assisted the legislative and executive branches of government on the state and federal levels by providing expert advice concerning budgetary issues and statutory reforms regarding confinement facilities and systems.

Additionally, I have provided consulting services to the U. S. Department of Justice, National Institute of Corrections, as well as served as a private contract provider to federal, state and county jurisdictions in a number of areas including, but not limited to:

- inmate classification,
- management of women offenders,
- managing violent youthful offenders in adult prisons,
- managing prison security systems,
- prison culture change,
- correctional leadership development,
- assessment of security operational performance,
- executive training for new and experienced wardens,
- prison critical event avoidance,
- management of super-maximum security prisons,
- management of the hard-to-manage violent inmate,
- riot/gang management,
- use of force evaluation and application, and
- post critical event evaluations.

**Prior Testimony:**

To the best of my present knowledge, listed below are cases in which I have provided testimony at trial or

16

deposition, including all cases in which I have testified as an expert within the last four years. This report will be supplemented as necessary.

- State of Florida v. Dane Abdool, Case Number 2006-CF-2848
- Lisa Brown and Lisa Leger v. Georgetown County Sheriff's Department
- Estate of James R. Marler v. Greenville County, et. al.
- State of Florida v. Charles Brant, Case Number: 97-47
- State of Arizona v. Vincent Joseph Guarino, CR 10-120027
- State of South Carolina v. Earnest Daise
- State of Indiana v. William Gibson
- State of Texas v. Matthew Johnson, F12-23749-W-Dallas County
- Shepherd v. Powers, 11-cv-1081 (LTS) (RLE)
- State of Texas vs. Franklin Davis, Cause No. F12-12630-Y
- David Lee Cox v. Premo, Marion County Circuit Court, No. 06C-10658
- Earl Drayton v. Anderson County, Anderson County Detention Center, Anderson County Sheriff's Department, James W. Hellams, MD, et. al., Case No.: 2012-CP-04-3591
- State of Georgia v. Gary Thomason
- State of Florida v. Quentin Truehill, Case No. 2010-00763-CF
- North Carolina v. Justin Hurd
- State of Wyoming v. Nathaniel Castellanos
- State of South Dakota v. James Vernon McVay
- State of Oregon v. Robert Paul Langley, Jr, Case Number 88C21624
- State of Oregon v. Taylor
- State of North Carolina v. Armond Devega, 08-CRS-76922 through 08-CRS-76933
- Adams v. AG Canada
- State of Texas v. Kenneth Wayne Thomas, Cause No. E-86-85539
- State of Arizona v. Bryan Hulsey, Case Number CR2007-111635-001-DT
- Stanley Earl Corbett, et. al. v. Warden Branker, et. al.
- Kareem Leaphart v. Warden Leroy Cartledge, et. al., 1:13-cv-01564-DNC-SVH
- Frank Tolen v. Warden Leroy Cartledge, et. al., 1:13-cv-01565-DNC-SVH
- State of Arizona v. Jose Dominguez-Gonzalez, CR2011-006332-001
- The State of Texas v. Eric Lyle Williams, Cause No. 32021-422
- Levi Bing v. South Carolina Department of Corrections, 11-CP-31-0216
- Nathaniel Glenn v. Warden Leroy Cartledge et. al., Civil Action No.:4:13-V-03120-TER
- State of North Carolina v. Dion Villano
- State of Louisiana v. Lee Turner
- Dawson, As Special Administrator of the Estate of Jermarl Blake v. Warden Wayne McCabe, et al.
- State of Arizona v. Jasper Rushing, No.: CR2010-007882-001DT
- Wilkerson v. Stalder, 00-304-C-M3
- State of Arizona v. Danny Ledezma Martinez, Case No. CR-2011-005568-00
- State of Arizona v. Christopher Licon. CR 2010-030514

- Jenny Hearn Individually and as Representative of Nathaniel P. Hearn vs. Orangeburg County, et. al., Case No., 2014-CP-38-512
- Ware v. Louisiana Department of Corrections
- State of Arizona v. Joe L. Lambright
- Lymisha Ryant, Individually and as Special Administrator of the Estate of Tony Glenn Tyler v. Orangeburg County, et. al., 2014-CP-38-512
- Larry Burhalter v. Lexington County, et al.,  2014-CP-32-1891
- Newton County v. Brawny McCullough, Case No. 2012-CR-420-1
- State of Florida v. Michael Hernandez, Case No.: F04005205
- State of N.C. v. Marquice Alexander Antone, 12 CRS 673-674-Columbus County
- Jimmy D. Duncan v. D. Kenneth Horning, Civil Action No. DKC-13-448
- Commonwealth of Pennsylvania v. Milton Montalvo
- State of Arizona v. Pete Vanwinkle, Case No. CR2008-128068-001 DT
- State of Arizona v. Macario Lopez, CR2012-007597-001
- State of North Carolina v. Everette P. Hewitt
- State of Ohio v. Michael Jonathan Madison
- State of South Carolina v.  Brian Clyburn, Civil Action No.: 2015-CP27-0018
- State of Indiana v. Larry Newton, Cause No.: 18D01-9410-CF-46
- Nowlin v. DC, et al., 2015-CV-00524 (CRC)
- State of South Carolina v. Deddrick Ervin, 2014-CP-03-185
- Linda Beth Weddle v. Charleston County Sheriff's Office
- Jeffrey A. Weisheit v. State of Indiana
- Charmon Sinkfield v. State of Georgia
- David Ray Bartol v. Oregon
- Poole vs. South Carolina Department of Correction, South Carolina Court of Common Pleas, 2014-CP-18-2021
- State of Arizona vs. Robert Smith
- Angela Parker Chavis, Individually and as Personal Representative for the Estate of James Parker, v. Willie Bamberg, et al.
- Nathan Lorenzo Holden v. State of N.C., 14 CRS 208087-88
- United States v. Joseph Carlton Meek, 15-cr-0063-CRI-1 (D.S.C.)
- State of Arizona v. Jason Noonkester, CR20011-138281
- State of Texas v. Erbie Bowser, Cause Nos. F16-00688-W, F13-20749-W, F13-58899-W, F13-58900-W, F13-58901-W, F13-20953-W, F13-20945-W
- Brenda Hylemann, As Guardian of Marthann Morris v. Correct Care Solution, LLC and Dr. Edmund Higgins, Civil Action Number: 2016-CP-40-01465
- Brenda Hylemann, As Guardian of Marthann Morris v. Richland County, Civil Action Number-2015-CP-40-610
- State of Georgia v. Christopher Keith Calmer, Case No.: 2015-CR-111
- Steven Spencer v. South Carolina Department of Corrections, Case No.: 2015-CP-31-0229
- State of Arizona v. Samantha Lucille Allen
- State of Florida v. Sean Bush
- Commonwealth of Pennsylvania v. David Phillips
- Myrtis Boatwright, Individually and as Personal Representative for the Estate of Anthoni M. Boatwright aka Anthony M. Boatwright , v. Deloris Charlton, et al., C/A:4:16-CV-2496-MGL-TER
- North Carolina v. Eric Campbell, 15 CRS 50053-54
- Commonwealth of Pennsylvania v. Steven Northington

- Commonwealth of Pennsylvania v. Kenneth Parnell
- Commonwealth of Pennsylvania v. Robert Clark, CP-51-CR-00120121-1980
- State of Mississippi v. William Wilson
- State of Florida v. Donald Smith, Case No: 16-2013-CF-5781-AXXX-MA
- State of Ohio v. Christopher L. Whitaker, Court of Common Pleas Case No: 614021-17-CR
- State of Arizona v. Jesus Busso-Estopellan; CaseNO.: CR2011-133622-001SE
- Prison Legal News (Plaintiff) v. Federal Bureau of Prisons; Civil Action NO. 15-CV-2184-RM-STV

## Publications

The following list includes all publications of the past ten years for which I was principal or contributing author:

1. "Classification: A Tool for Managing Today's Offenders" Co-Author, Kirby Lithographic Company, Arlington, Virginia (American Correctional Association), 1993

2. "Management and Treatment of the Hard to Manage Violet Inmate"; This Document was Designed Under a Cooperative Agreement Project Number OOP04 from The National Institute of Corrections, United States Department of Justice, 2001

3. "National Prison Rape Elimination Commission Report & Executive Summary", Published June, 2009 -Commission Member*

4. "National Prison Rape Elimination Commission Report-Standards for the Prevention, Response, and Monitoring of Sexual Abuse in Adult Jails-Including Supplemental Standards for Facilities with Immigration Detainees", Published June, 2009 - Commission Member*

5. "National Prison Rape Elimination Commission Report-Standards for the Prevention, Response, and Monitoring of Sexual Abuse in Lockups", Published June, 2009 - Commission Member*

6. "National Prison Rape Elimination Commission Report-Standards for the Prevention, Response, and Monitoring of Sexual Abuse in Community Corrections", Published June, 2009 - Commission Member*

7. "National Prison Rape Elimination Commission Report-Standards for the Prevention, Response, and Monitoring of Sexual Abuse in Juvenile Facilities", Published June, 2009 - Commission Member*

*In July 2004, Congress appointed me to the National Prison Rape Elimination Commission, as authorized by Prison Rape Elimination Act of 2003